# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBIN ALICE HARRISON,

    Plaintiff

v.

SOCIAL SECURITY APPEALS COUNSEL,

    Defendants

Case No.: 3:19-cv-0690-MMD-WGC

**Order**

Plaintiff has filed an application to proceed in forma pauperis (IFP). (ECF No. 1.) Her application indicates she intends to proceed with an action against the Social Security Appeals Council; however, the IFP application was not accompanied by a complaint.

Plaintiff is advised that federal courts have sole jurisdiction to conduct judicial review of the Social Security Administration's final determination, but only once there is a final determination following the exhaustion of all administrative remedies. *See* 42 U.S.C. § 405(g). The process generally is as follows: After a claimant files an application for disability benefits, a disability examiner makes the initial decision on the claimant's application. *See* 20 C.F.R. §§ 404.900(a)(1); 416.1400(a)(1). If the agency denies the claim initially, the claimant may request reconsideration of the denial, and the case is sent to a different disability examiner for a new decision. *See* 20 C.F.R. §§ 404.900(a)(2), 416.1400(a)(2). If the agency denies the claim on reconsideration, the claimant may request a hearing and the case is sent to an ALJ who works for the Social Security Administration. *See* 20 C.F.R. §§ 404.900(a)(3), 416.1400(a)(3). The ALJ issues a written decision after the hearing. *See* 20 C.F.R. § 404.900(a)(3). If the ALJ denies the claim, the claimant may request review by the Appeals Council. *See* 20 C.F.R. §§ 404.900(a)(4),

416.1400(a)(4). If the Appeals Council determines there is merit to the claim, it generally remands the case to the ALJ for a new hearing. If the Appeals Council denies review, the claimant can file an action in the United States District Court. *See* 42 U.S.C. § 405(g); 20 C.F.R. §§ 404.900(a)(5), 416.1400(a)(5).

Plaintiff has **30 days** from the date of this Order to file a complaint. The correct defendant, assuming Plaintiff has exhausted all administrative stages of review and has received a final decision from the Appeals Council, is the Acting Commissioner of Social Security, Nany Berryhill. If Plaintiff does not file a complaint within 30 days, this action may be dismissed.

**IT IS SO ORDERED**.

Dated: November 18, 2019

_____
William G. Cobb
United States Magistrate Judge