|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| ROBIN ALICE HARRISON, | Case No.: 3:19-cv-0690-MMD-WGC |
| Plaintiff, | **Order** |
| v. | |
| SOCIAL SECURITY APPEALS COUNSEL, | |
| Defendants. | |

Plaintiff filed an application to proceed in forma pauperis (IFP). (ECF No. 1.) Her application indicates she intends to proceed with an action against the Social Security Appeals Council; however, the IFP application was not accompanied by a complaint.

On November 18, 2019, the court issued an order advising Plaintiff that federal courts have sole jurisdiction to conduct judicial review of the Social Security Administration's final determination, but only once there is a final determination following the exhaustion of all administrative remedies, and advised her of the process for appeals of Social Security decisions at the administrative level and then proceeding to federal district court. The court then gave Plaintiff 30 days to file a complaint, further advising her that the correcting defendant is the Acting Commissioner of Social Security. Plaintiff was warned that if she did not file a complaint within 30 days her action would be dismissed.

///
///
///
///
///

As of the date of this Order, Plaintiff has not filed a complaint; therefore, this action will be **DISMISSED WITHOUT PREJUDICE** and the case administratively closed.

**IT IS SO ORDERED**.

Dated: January 31, 2020.

William G. Cobb
United States Magistrate Judge